# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| John W. Johnson, as the administrator of the John Wesley Johnson PS Defined Benefit Pension Plan, | ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| The North Dakota Guaranty and Title Co., | ) ) | Case No. 1:17-cv-120 |
| Defendant. | ) | |

On December 20, 2019, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 41) and **DISMISSES** the above-captioned action with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 23rd day of December, 2019.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court